WAWD – Praecipe (Revised 6/2021)

FILED ___ LODGED
___ RECEIVED

DEC 14 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Derome McElroy

Plaintiff(s),

v.

Agency (unknown)

Defendant(s).

CASE NO. 3:21-cv-05891-JRC

PRAECIPE

To the Clerk of the above-entitled court:
You will please: Wait on the summons. Ask the Judge to appoint me a Attorney at my expense. I have made Attempts in the past to hire a attorney. Ask the Judge if he can issue a order to remove the mind control.

December 26th, 2021
Dated

/s/ Derome McElroy
Sign or use an "s/" and your name
Derome McElroy
245 S.E. Washington Ave
Chehalis, WA 98532
360-996-4501
Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1



Chehalis, WA 98532

U.S. District Court
Clerk of Court
1717 Pacific Ave, Room 3100
Tacoma, WA 98402

Attn: Ravi Subramanian



FILED _____ LODGED
_____ RECEIVED

DEC 14 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY



**PRIORITY MAIL**
ONE RATE ■ ANY WEIGHT
APPLY PRIORITY MAIL POSTAGE HERE

1005

98402

U.S. POSTAGE PAID
PM 1-Day
CHEHALIS, WA
98532
DEC 13, 21
AMOUNT
**$8.12**
R2304N117373-09

EXPECTED DELIVERY DAY: 12/14/21

USPS TRACKING® #

EP14H August 2020 Outer Dimension: 10 x 5